**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIMARE TEE PRINCESTIN,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>　　　Garnishee. | NO.  3:16-MC-05001-BHS<br><br>(3:09-CR-05455-JRC-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Pacific Maritime Association, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Pacific Maritime Association, filed its Answer on February 29, 2016, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Dimare Tee Princestin was an active employee who was paid weekly.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Dimare Tee Princestin and Pacific Maritime Association*, USDC#: 3:16-MC-05001-BHS / 3:09-CR-05455-JRC-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about February 5, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Pacific Maritime Association, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Dimare Tee Princestin, upon each period of time when Defendant/Judgment Debtor Princestin is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Princestin's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Princestin's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:09-CR-05455-JRC-1 and 3:16-MC-05001-BHS, and delivered either personally or by First Class Mail to:

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Dimare Tee Princestin and Pacific Maritime Association*, USDC#: 3:16-MC-05001-BHS / 3:09-CR-05455-JRC-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101.

DATED this ___ day of __March__, 2016.

_____
BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

---

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Dimare Tee Princestin and Pacific Maritime Association*, USDC#: 3:16-MC-05001-BHS / 3:09-CR-05455-JRC-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970